IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
BAY CITY DIVISION

| | | |
|---|---|---|
| **SHERRIE BECKMAN,** | ) | |
| | ) | |
| Plaintiff, | ) | 1:20-cv-11815-TLL-PTM |
| | ) | |
| v. | ) | **Judge Thomas Ludington** |
| | ) | **Magistrate Judge Patricia Morris** |
| **VALENTINE AND KEBARTAS, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, SHERRIE BECKMAN, by and through her attorneys, SMITHMARCO, P.C., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed *__without prejudice__* and without costs to any party.

                                                                                                    Respectfully submitted,
                                                                                                     **SHERRIE BECKMAN**

                                                                           By:    s/ David M. Marco
                                                                                     Attorney for Plaintiff

Dated: January 4, 2021

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone:    (312) 546-6539
Facsimile:    (888) 418-1277
E-Mail:       dmarco@smithmarco.com